# EXHIBIT G

**From:** Carome, Patrick <Patrick.Carome@wilmerhale.com>
**Sent:** Monday, April 15, 2019 12:38 PM
**To:** Steven S. Biss <stevenbiss@earthlink.net>
**Cc:** Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Starcher, Jack <Jack.Starcher@wilmerhale.com>
**Subject:** RE: Twitter Subpoena

Steve,

Thank you for your email. I understand that you have withdrawn the subpoena duces tecum that you previously directed to Twitter and that Twitter may now treat that subpoena as having no force and effect. Twitter reserves all of its rights, privileges, and immunities with respect to any new subpoena or discovery requests that you may in the future seek to direct to Twitter and with respect to the proceeding in Henrico County Circuit Court in which Mr. Nunes has purported to sue Twitter.

Regards,

Pat

**Patrick J. Carome | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6610
patrick.carome@wilmerhale.com


**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Sunday, April 14, 2019 7:38 PM
**To:** Carome, Patrick <Patrick.Carome@wilmerhale.com>
**Cc:** Steven Biss <stevenbiss@earthlink.net>
**Subject:** Twitter Subpoena


**EXTERNAL SENDER**

Pat,

As I said during our conference call on Friday, I am interested in obtaining the name(s) of the public interest groups behind Mom and the cow. I am not interested in delay.

Having said that, and in light of the fact that your client will not agree to any less drastic alternative, I will withdraw the Subpoena and either submit to the process set forth in section 407.1 or serve Twitter with discovery requests or both.

Ultimately, your client will be required to divulge the identities of the dummies and stooges it permits to use its platform.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037