# EXHIBIT P

**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Friday, January 24, 2020 1:38 PM
**To:** Carome, Patrick <Patrick.Carome@wilmerhale.com>
**Cc:** Chuck Seyfarth <CSeyfarth@ohaganmeyer.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>
**Subject:** Re: Subpoena to Twitter in Fitzgibbon v. Radack

**EXTERNAL SENDER**

Pat,

Agreed that the deadline for Twitter to respond to the subpoena is extended to 2/3. As I said, my trial is in July and the discovery cut-off is in early March. I am not willing to extend the deadline further, especially since I expect nothing but objections from Twitter, which we will need to take up immediately with Judge Payne.

Radack???s communications with the user or users of @DevinCow is relevant, *inter alia*, to the issue whether she breached the settlement agreement at issue. Here is the photograph of Radack in the cow costume:

Radack has been in constant contact with @DevinCow since Trevor Fitzgibbon filed suit. Here is the latest classy tweet:



Upon receipt of Twitter???s objections, I will call you for a meet and confer ahead of the discovery conference with the Court.

Call or email me if you have any questions.

**From:** Carome, Patrick
**Sent:** Friday, January 24, 2020 1:05 PM
**To:** Steven S. Biss

**Cc:** Chuck Seyfarth ; Holtzblatt, Ari

**Subject:** RE: Subpoena to Twitter in Fitzgibbon v. Radack

Steven,

Thank you for taking our call and speaking with me and Ari a few minutes ago. This email confirms that in our call you agreed to extend the return date of the above-referenced subpoena by seven days, making the new return date February 3, 2020; and that you also agreed that Twitter???s time to serve objections to the subpoena pursuant to Rule 45(d)(2)(B) is also extended to that same date (February 3, 2020). Please let us know immediately if this is not correct. Thank you for this modest accommodation.

Regards,

**Patrick J. Carome | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6610
patrick.carome@wilmerhale.com | www.wilmerhale.com

**From:** Carome, Patrick
**Sent:** Friday, January 24, 2020 10:59 AM
**To:** 'Steven S. Biss' <stevenbiss@earthlink.net>
**Cc:** Chuck Seyfarth <CSeyfarth@ohaganmeyer.com>; Ari Holtzblatt (Ari.Holtzblatt@wilmerhale.com) <Ari.Holtzblatt@wilmerhale.com>
**Subject:** Subpoena to Twitter in Fitzgibbon v. Radack

Hi Steven,

We would like to speak with you ASAP regarding the subpoena you purported to issue to Twitter under the auspices of the Fitzgibbon v. Radack case. When would you be available to do that?

Regards,

Pat

**Patrick J. Carome | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6610
patrick.carome@wilmerhale.com | www.wilmerhale.com

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.