UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re Subpoena To Twitter, Inc. ) | |
| ) | |
| ) | Misc. Case No. 3:20mc00003 |
| TREVOR FITZGIBBON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:19-cv-477-REP |
| vs. ) | |
| ) | |
| JESSELYN A. RADACK, ) | |
| ) | |
| Defendant. ) | |

## JESSELYN RADACK'S MOTION TO QUASH AND OBJECTIONS TO SUBPOENA BY TREVOR FITZGIBBON

Jesselyn Radack ("Radack"), by special appearance of counsel, files this Motion to Quash and Objections to the subpoena that was issued to Twitter, Inc. (the "Subpoena") in connection with the lawsuit pending in the United States District Court for the Eastern District of Virginia, captioned *Fitzgibbon v. Radack,* 3:19-cv-00477-REP (the "Fitzgibbon Litigation"). In support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn Radack respectfully requests that the Court grant the instant Motion quashing the Subpoena, award her attorney's fees, costs, and such other and further relief as the Court deems proper.

Dated this 19th day of February, 2020

      /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)

>The Thomas Law Office PLC
>11130 Fairfax Blvd., Suite 200-G
>Fairfax, VA 22030
>Telephone: 703.957.2577
>Facsimile: 703.957.2578
>Email: mthomas@thomaslawplc.com
>*Counsel for Jesselyn A. Radack*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, a copy of the foregoing document was filed with the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Trevor Fitzgibbon*

Charles K. Seyfarth
Mary Grace Miller
O'HAGAN MEYER
411 East Franklin St, Suite 500
Richmond, Virginia 23219

Patrick J. Carome
Ari Holtzblatt
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Non-Party Twitter, Inc.*

>/s/  D. Margeaux Thomas_____
>D. Margeaux Thomas (VSB #75582)