UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re Subpoena To Twitter, Inc. )<br>_____ )<br> )<br> )<br>TREVOR FITZGIBBON, )<br> )<br> Plaintiff, )<br> )<br> vs. )<br> )<br>JESSELYN A. RADACK, )<br> )<br> Defendant. )<br>_____ ) | Misc. Case No. 3:20-mc-00005-REP<br><br>Civil Action No. 3:19-cv-477-REP |

## AMENDED CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Jesselyn A. Radack ("Radack") and files this Motion for Extension of Time to and including March 27, 2020, within which to file her reply brief in support of her Motion for Sanctions, and in support thereof, states as follows:

Radack's reply brief in support of her Motion for Sanctions is due on March 16, 2020. Undersigned counsel requests this extension of time so that she will have sufficient time to respond to the issues raised in Fitzgibbon's Opposition to Motion for Sanctions. Undersigned counsel has a surgery scheduled on March 12, 2020 and as a result requests that the time be extended until March 27, 2020, for the reply brief to be filed. Counsel for Plaintiff has indicated his consent to the requested extension of time. No deadlines in this case will be affected by granting this requested extension.

WHEREFORE, Defendant Jesselyn A. Radack, requests this Court enter an order extending time within which she may file a reply brief in support of her Motion for Sanctions to and including March 27, 2020.

Dated: March 12, 2020

Respectfully submitted,


___/s/ D. Margeaux Thomas_____

D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, a copy of the foregoing document was filed with the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*

/s/  D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)