UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re Subpoena To Twitter, Inc. ) | |
| ) | |
| ) | Misc. Case No. 3:20-mc-00005-REP |
| TREVOR FITZGIBBON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:19-cv-477-REP |
| vs. ) | |
| ) | |
| JESSELYN A. RADACK, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Jesselyn A. Radack ("Radack"), by counsel, and files this Consent Motion for Extension of Time, to and including March 27, 2020, within which to file her reply brief in support of her Motion to Quash Subpoena, and in support thereof, states as follows:

1. On December 23, 2019, Plaintiff issued a Subpoena (the "Subpoena") to Twitter, Inc. ("Twitter"). The Subpoena purports to compel Twitter to produce documents at Plaintiff counsel's office located in Charlottesville, Virginia, which is within the Western District of Virginia.

2. On February 4, 2020, Twitter filed a Motion to Quash the Subpoena in the US District Court for the Western District of Virginia.

3. On February 19, 2020, Radack filed a Motion to Quash the Subpoena to Twitter which joined, adopted, and incorporated the arguments made by Twitter in their Motion to Quash.

4. On March 10, 2020, Plaintiff filed an untimely Opposition to Radack's Motion to Quash.[1]

5. Radack's reply brief in support of her Motion to Quash is due on March 16, 2020.

6. Undersigned counsel requests an extension of time so that she will have sufficient time to respond to the issues raised in Plaintiff's Opposition to Defendant Radack's Motion to Quash Subpoena. Undersigned counsel has a surgery scheduled on March 12, 2020 and as a result requests that the time be extended until March 27, 2020, for the reply brief to be filed. No deadlines in this case will be affected by granting this requested extension.

7. Counsel for Plaintiff has indicated his consent to the requested extension of time.

WHEREFORE, Defendant Jesselyn A. Radack, requests this Court enter an order extending time within which she may file a reply brief in support of her Motion to Quash to and including March 27, 2020.


Dated: March 12, 2020

                                                      Respectfully submitted,

                                                        /s/ D. Margeaux Thomas
                                                      D. Margeaux Thomas (VSB #75582)
                                                      The Thomas Law Office PLC
                                                      11130 Fairfax Blvd., Suite 200-G
                                                      Fairfax, VA 22030
                                                      Telephone: 703.957.2577
                                                      Facsimile: 703.957.2578
                                                      Email: mthomas@thomaslawplc.com
                                                      *Counsel for Defendant Jesselyn A. Radack*

---

[1] Plaintiff's Opposition brief was due on March 4, 2020.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, a copy of the foregoing document was filed with the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*

      /s/  D. Margeaux Thomas
      D. Margeaux Thomas (VSB #75582)