IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



IN RE:

SUBPOENA TO TWITTER, INC.          Misc. No. 3:20mc5

**ORDER**

Having considered Jesselyn A. Radack's AMENDED CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 27) and CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 28), and there being no objection by Trevor Fitzgibbon, it is hereby ORDERED that the AMENDED CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 27) and CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 28) are granted. It is further ORDERED that:

(1) By March 27, 2020, Jesselyn A. Radack shall her reply in support of her MOTION FOR SANCTIONS (ECF No. 20) against Trevor Fitzgibbon; and her reply in support of JESSELYN RADACK'S MOTION TO QUASH AND OBJECTIONS TO SUBPOENA BY TREVOR FITZGIBBON (ECF No. 14); and

(2) Jesselyn A. Radack's MOTION FOR EXTENSION OF TIME (ECF No. 26) is denied as moot.

It is so ORDERED.

/s/ _____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 13, 2020