**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



IN RE:

       TWITTER, INC.                 Misc. No.  3:20mc5

**ORDER**

Having considered Paragraph (2) of General Order No. 2020 - 03 entered on March 16, 2020, it is hereby ORDERED that the deadlines established in paragraph (1) of the March 16, 2020 ORDER (ECF No. 29) entered herein remain in full force and effect.

It is so ORDERED.

                                          /s/        REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: March 18, 2020