

Trevor Fitzgibbon  Follow

Jan 25 · 2 min read

A Statement

I have spent the majority of my adult life working to oppose war, genocide, and supporting courageous whistleblowers. In 2002 I left my job as an environmental organizer to help lead the national PR effort to push back against the Bush administration in the run-up to the war in Iraq. In 2007 I worked with active-duty American soldiers who called for a withdrawal of troops in Iraq—an effort featured on 60 Minutes. In 2011, my firm launched and ran the Bradley Manning Advocacy Fund at a time when Manning was held in quasi solitary confinement and being stripped naked at nights in front of other prisoners. The effort helped lead to the dismissal of PJ Crowley, Secretary Clinton's long-standing spokesman, after he had been recorded claiming that the military's treatment of Manning was "stupid and counterproductive."

My clients included Julian Assange's Legal Defense Fund, PR support for Edward Snowden's initial disclosures, and the governments of Venezuela and Ecuador (before they sold out JA).

In 2015 I was falsely accused of crimes that, if convicted, could have put me in prison for life. While the US Attorney dropped all charges and closed its investigation, the woman who falsely accused me of the worst offense has helped to facilitate an orchestrated and global smear campaign with her co-conspirators that continues to this day. I am defamed daily. Even after the woman's retraction of her false allegations and being held in contempt of court by a federal judge, she and her co-conspirators continue the defamation.

**EXHIBIT B**

My attorney, whose mentor was CIA whistleblower, Sam Adams (Sam Adams Awards for Integrity), is litigating to expose those responsible. Any and all actions taken are when and where irrefutable evidence exists of an individual's participation in the almost four-year smear operation.

To my critics who believe that my actions are unwarranted, I kindly suggest they may feel differently if they found themselves as the target.

Thank you.

Trevor S. FitzGibbon

January 25, 2020

About   Help   Legal