**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Monday, January 6, 2020 4:50 PM
**To:** D. Margeaux Thomas <mthomas@thomaslawplc.com>
**Subject:** Meet and Confer

Margeaux,

██████████████████████████████████████████████████████████████

██████████████████████████████████████████
██████████████████████

██████████████████████████████████ Cog fog or egg nog, Christmas Eve should not be an occasion to use Twitter to publish defamatory and insulting statements about opposing counsel:



**EXHIBIT C**

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.