IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re Subpoena to Twitter, Inc. | ) | Misc. Case No. 3:20-mc-00005-REP |
| | ) | |
| TREVOR FITZGIBBON | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:19-cv-477-REP |
| | ) | |
| JESSELYN A. RADACK | ) | |
| Defendant. | ) | |

# **NOTICE OF WITHDRAWAL OF SUBPOENA**

Plaintiff, Trevor Fitzgibbon, by counsel, hereby withdraws the subpoena for documents issued to Twitter, Inc. ("Twitter") on December 21, 2019 (the "Subpoena") pursuant to Rule 45 of the Federal Rules of Civil Procedure, and hereby releases and relieves Twitter of any and all obligation to comply with or respond to the Subpoena.

DATED:    June 18, 2020

Signature of Counsel on Next Page

1

TREVOR FITZGIBBON

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:  (804) 501-8272
      Facsimile:  (202) 318-4098
      Email:  **stevenbiss@earthlink.net**

*Counsel for Trevor Fitzgibbon*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Twitter, Jesselyn Radack and all interested parties receiving notices via CM/ECF.

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:  (804) 501-8272
      Facsimile:  (202) 318-4098
      Email:  **stevenbiss@earthlink.net**

*Counsel for Trevor Fitzgibbon*